UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GONZALEZ,

                    Petitioner,

        -against-

UNITED STATES OF AMERICA,

                    Respondent.

25-CV-4337 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Government must respond to Mr. Gonzalez's § 2255

Petition not later than **Friday, January 30, 2026**.  Mr. Gonzalez's reply, if any, is due **Friday,**

**February 27, 2026**.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr.

Gonzalez at Reg. No. 42944-509, FCI McKean, Federal Correctional Institution, P.O. Box 8000,

Bradford, PA 16701, and to note mailing on the docket.

**SO ORDERED.**

**Date:  December 19, 2025**
**        New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**